THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DAVID C. MILLS, et al.,  :
:
      Plaintiffs,  :
  v.  :   3:18-CV-1240
:   (JUDGE MARIANI)
VICTOR SALDANA, et al.,  :
:
      Defendants.  :

## ORDER

**AND NOW, THIS 15TH DAY OF MAY, 2020**, Magistrate Judge Saporito having reported that the parties have settled the above-captioned action, **IT IS HEREBY ORDERED THAT** this action is **DISMISSED** without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reinstate the action if settlement is not consummated.

Failure of a party to file a motion for reinstatement, or a motion for an extension of time to consummate the settlement, within the above 60-day time period will result in the automatic conversion of this dismissal from one without prejudice to one with prejudice.

                                          _s/ *Robert D. Mariani*_____
                                          Robert D. Mariani
                                          United States District Judge